IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR M. COLE,

      Petitioner,               No. CIV S-06-2454 GEB DAD P

   vs.

D.L. RUNNELS, et al.,

      Respondents.        <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

        Petitioner's in forma pauperis application includes a certificate completed by a prison official and a certified trust account statement.  However, petitioner did not answer Questions 2 through 7and did not sign the form.  Petitioner will be granted thirty days to submit a signed application with his responses to all questions.  The certificate section of the form need not be completed, and a second trust account statement is not required.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner shall submit, within thirty days from the date of this order, an in forma pauperis application that bears his signature and includes his responses to all questions that must be answered by the applicant; petitioner is not required to have the application certified or

1

1    to attach a certified trust account statement; petitioner's failure to comply with this order may

2    result in a recommendation that this action be dismissed without prejudice; and

3          2. The Clerk of the Court is directed to send petitioner a copy of the in forma

4    pauperis form used by this district exclusively in habeas corpus proceedings.

5    DATED: November 27, 2006.

                                    _____
                                    DALE A. DROZD
                                    UNITED STATES MAGISTRATE JUDGE

DAD:13
cole2454.101sig