IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR M. COLE,

    Petitioner,                     No. CIV S-06-2454 GEB DAD P

    vs.

D.L. RUNNELS, et al.,

    Respondents.                 ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus. Petitioner states that he is "currently proceeding on appeal" and is "trying to receive documents missing out of the Petitioner's discovery." Petitioner appears to have filed his request in the wrong court. The habeas proceedings in this federal court are not part of petitioner's appeal, and this court does not have access to documents in petitioner's state court proceedings.

        Accordingly, IT IS HEREBY ORDERED that petitioner's January 16, 2007 request for copies of documents is denied.

DATED: January 23, 2007.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
cole2454.docreq