1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   VICTOR M. COLE,

11          Petitioner,                    No. CIV S-06-2454 GEB DAD P

12      vs.

13   D.L. RUNNELS,

14          Respondent.                    ORDER

15   _____/

16          On July 24, 2007, the undersigned issued findings and recommendations,

17   recommending that:

18          1.  Petitioner's November 6, 2006 motion for stay and abeyance be denied;

19          2.  Respondent's January 19, 2007 motion to dismiss be granted; and

20          3.  This action be dismissed with prejudice because the petition for writ of habeas

21   corpus was filed beyond the one-year statute of limitations.

22          The parties are advised that the findings and recommendations were submitted to

23   the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C.

24   § 636(b)(l).  Within ten days of the date of this order, any party may file written objections with

25   the court and serve a copy on all parties.  Such a document should be captioned "Objections to

26   Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served

1

1   and filed within ten days after service of the objections.  The parties are advised that failure to

2   file objections within the specified time may waive the right to appeal the District Court's order.

3   Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

4   DATED: August 3, 2007.

5

6                                                          DALE A. DROZD
                                                           UNITED STATES MAGISTRATE JUDGE
7

8   DAD:9
    cole2454.obj
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2