IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR M. COLE,

    Petitioner,                    2:06-cv-2454-GEB-DAD-P

    vs.

THOMAS FELKER, Warden of
High Desert State Prison, et al.,

    Respondents.             ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On July 24, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties. On August 3, 2007, the parties were granted ten days to file any objections to the findings and recommendations. The time period has expired and neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed July 24, 2007, are adopted in full;

2. Petitioner's November 6, 2006 motion for stay and abeyance is denied;

3. Respondent's January 19, 2007 motion to dismiss is granted; and

4. This action is dismissed with prejudice because the petition for writ of habeas corpus was filed beyond the one-year statute of limitations.

Dated: August 30, 2007

GARLAND E. BURRELL, JR.
United States District Judge